**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:21-cv-60907-AHS**

HALE CAMERMAN, individually
and on behalf of all others similarly situated,          **CLASS ACTION**

    *Plaintiff*,
v.

AXISPOINT LLC, d/b/a          **JURY TRIAL DEMANDED**
AXIS AUTO PROTECTION,
a Missouri Corporation, and
SUNPATH LTD,
a Delaware Corporation,

    *Defendants*.
_____/

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

    Plaintiff Hale Camerman hereby moves, pursuant to Fed. R. Civ. P. 55(a), for entry of Default by the Clerk as to Defendant Sunpath LTD, on the basis that Defendant has failed to serve a response to Plaintiff's Complaint within the time permitted under Fed. R. Civ. P. 12(a) and Defendant has not otherwise appeared in this action.

1. Plaintiff filed his Complaint against Defendant on April 28, 2021. [DE 1].

2. The Complaint was properly served upon Defendant on April 30, 2021. [DE 5].

3. Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to serve a responsive pleading on or before May 21, 2021.

4. Defendant has not filed any response to the Plaintiff's Complaint and has not entered an appearance in this matter.

5. Under Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6. In light of Defendant's failure to appear, plead, or otherwise respond, Fed. R. Civ. P. 55(a) requires that the Clerk enter default.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant.

Dated: June 1, 2021                    Respectfully submitted,

*/s/ Seth M. Lehrman*
Seth M. Lehrman (FBN 132896)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Manuel S. Hiraldo (FBN 030380)
E-mail: mhiraldo@hiraldolaw.com
HIRALDO P.A.
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-400-4713

*Attorneys for Plaintiff*