UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cv-60907-AHS

HALE CAMERMAN, individually
and on behalf of all others similarly situated,   **CLASS ACTION**

    *Plaintiff*,

v.

AXISPOINT LLC, d/b/a   **JURY TRIAL DEMANDED**
AXIS AUTO PROTECTION,
a Missouri Corporation, and
SUNPATH LTD,
a Delaware Corporation,

    *Defendants*.
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff HALE CAMERMAN and Defendant SUNPATH LTD, hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claim and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear his or its own attorneys' fees and costs.

Respectfully submitted this **4th** day of March, 2022.

| | |
|---|---|
| */s/ Seth M. Lehrman* | */s/ Jason S. Weiss* |
| Seth M. Lehrman (FBN 132896) | Jason S. Weiss (FBN 356890) |
| E-mail: seth@epllc.com | E-mail: jason@jswlawyer.com |
| EDWARDS POTTINGER LLC | WEISS LAW GROUP, P.A. |
| 425 N. Andrews Ave., Suite 2 | 5531 N. University Drive, Suite 103 |
| Fort Lauderdale, Florida 33301 | Coral Springs, FL 33067 |
| Telephone: 954-524-2820 | Telephone: 954-573-2800 |
| Facsimile: 954-524-2822 | Facsimile: 954-573-2798 |
| | |
| Manuel S. Hiraldo (FBN 030380) | *Counsel for Sunpath Ltd.* |
| E-mail: mhiraldo@hiraldolaw.com | |
| HIRALDO P.A. | |
| 401 E. Las Olas Boulevard, Suite 1400 | |
| Fort Lauderdale, FL 33301 | |
| Telephone: 954-400-4713 | |

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on March 4, 2022 via CM/ECF to all parties and counsel of record authorized to accept service via CM/ECF.

*/s/ Seth M. Lehrman*
Seth M. Lehrman