UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:21-cv-60907-AHS

HALE CAMERMAN, individually
and on behalf of all others similarly situated,    **CLASS ACTION**

    *Plaintiff*,

v.

AXISPOINT LLC, d/b/a    **JURY TRIAL DEMANDED**
AXIS AUTO PROTECTION,
a Missouri Corporation, and
SUNPATH LTD,
a Delaware Corporation,

    *Defendants*.
_____/

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Hale Camerman ("Plaintiff"), in his individual capacity, voluntarily dismisses the Class Action Complaint [D.E. 1] without prejudice as to all claims Plaintiff alleged therein against Defendant, Axispoint LLC d/b/a Axis Auto Protection ("Defendant") and dismisses all claims of the remaining putative class alleged against Defendant without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: March 4, 2022                Respectfully submitted,

                                          */s/ Seth M. Lehrman*
                                          Seth M. Lehrman (FBN 132896)
                                          E-mail: seth@epllc.com
                                          EDWARDS POTTINGER LLC
                                          425 North Andrews Avenue, Suite 2
                                          Fort Lauderdale, FL 33301
                                          Telephone: 954-524-2820
                                          Facsimile: 954-524-2822

>Manuel S. Hiraldo (FBN 030380)
>E-mail: mhiraldo@hiraldolaw.com
>HIRALDO P.A.
>401 E. Las Olas Boulevard, Suite 1400
>Fort Lauderdale, FL 33301
>Telephone: 954-400-4713
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and U.S Mail and U.S. Priority Mail on March 4, 2022, on all counsel or parties of record on the Service List below.

>*/s/ Seth M. Lehrman*
>Seth M. Lehrman

## SERVICE LIST

Jason S. Weiss, Esq.
E-mail: Jason@jswlawyer.com
WEISS LAW GROUP, P.A.
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Telephone: 954-573-2800
Facsimile: 954-573-2798
*Attorneys for Defendant Sunpath, Ltd.*


Scott Russell Granden
AXISPOINT LLC, d/b/a Axis Auto Protection
1228 Coal Bank Ct.
Saint Louis, MO 63138
*Sent via U.S. Mail*