UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60907-CIV-SINGHAL

HALE CAMERMAN, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

AXISPOINT LLC, d/b/a
AXIS AUTO PROTECTION,
a Missouri Corporation, and
SUNPATH LTD,
a Delaware Corporation

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Dismissal (DE [29]) and Joint Stipulation of Dismissal with prejudice as to the Plaintiff's individual claim (DE [28]) filed by the parties on March 4, 2022. The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of March 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF